IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:94-CR-15-BO-9
NO. 2:14-CV-35-BO
NO. 2:17-CV-55-BO

| | |
|---|---|
| RODERICK BLACK, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This cause comes before the Court on petitioner's response to the Court's order to file his motion pursuant to 28 U.S.C. § 2255 on the proper form. [DE 604, 605]. Petitioner requests that the Court rule on his motion as filed under Fed. R. Civ. P. 60(b). Accordingly, the government is DIRECTED to file a response to petitioner's Rule 60(b) motion [DE 602] not later than March 9, 2018. The government shall further respond to the pending motion for reconsideration at [DE 593]. The clerk is DIRECTED to correct the docket at [DE 602] to reflect that petitioner intended to file a motion under Rule 60(b) and not 28 U.S.C. § 2255.

SO ORDERED, this _10_ day of February, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE