UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:94-CR-00015-FL-9

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | SUBSTITUTION OF COUNSEL |
| RODERICK BLACK | |

Pursuant to Local Rule 44.1(b), the Office of the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above-named defendant for the limited purpose of representation as set forth within Standing Order 19-SO-3 in this criminal case in lieu of Andrew K. Kukorowski.

Furthermore, by filing of this Notice of Appearance, the Office of the Federal Public Defender for the Eastern District of North Carolina certifies that a copy of said Notice has been served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
USANCE-FIRSTSTEPACT2018@USDOJ.GOV

by electronically filing the foregoing with the Clerk of Court on May 8, 2020, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 8th day of May, 2020.

G. ALAN DUBOIS
Federal Public Defender

/s/ Katherine Shea
KATHERINE SHEA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Kat_Shea@fd.org

Member of New York State Bar
LR 57.1 Counsel Appointed